Ryan West (Utah Bar #10398)
**Parson & West, P.C.**
2150 South 1300 East, Suite 500
Salt Lake City, Utah 84106
801.559.0020 (tel)
801.559.0021 (fax)
*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MICHAEL D. BLACKHAM AND MELISSA L. BLACKHAM,<br><br>Plaintiffs,<br><br>vs.<br><br>ONE WEST BANK FSB F/K/A INDY MAC BANK, FSB, KEY BANK, N.A, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, AND JOHN AND JANE DOES OF AN UNKNOWN NUMBER,<br><br>Defendants, | **NOTICE OF APPEARANCE**<br><br><br><br>Case No. 2:10-cv-499<br><br>Judge Tena Campbell |

Ryan West, hereby enters his appearance as counsel in this matter for Plaintiffs Michael D. Blackham and Melissa L. Blackham.

DATED this 22nd Day of July 2010

                                                                    */s/ Ryan West*
                                                                        Ryan West
                                                            *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on July 22, 2010, I caused a true and correct copy of the foregoing **"NOTICE OF APPEARANCE"** was electronically filed, using ECF Filing System, And sent to the below electronically via ECF Filing System:

MICHAEL D. BLACK (9132)

PARR BROWN GEE & LOVELESS, PC

185 SOUTH STATE STREET, STE 800

SALT LAKE CITY, UTAH 84111

TELEPHONE: 801-532-7840

FACSIMILE: 801-532-7750

EMAIL: MDLACK@PARRBROWN.COM

                                                  _____*/s/ Ryan West*_____
                                                                 Ryan West
                                                           *Attorney for Plaintiff*