### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| MICHAEL D. BLACKHAM, and MELISSA L. BLACKHAM,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>BANK OF AMERICA, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,<br><br>　　　　　Defendants. | **ORDER**<br><br>Case No. 2:10-cv-00499-TC<br><br>Judge Tena Campbell |

　　　　Plaintiffs Michael and Melissa Blackham brought claims against Bank of America and Mortgage Electronic Registration Systems concerning a loan the Blackhams obtained that was secured by their personal residence. On July 6, 2010, Defendants moved to dismiss the complaint. Plaintiffs did not respond to the motion. The court has fully reviewed the Defendants' brief and agrees with its reasoning. For the reasons set forth in the Defendants' brief, the court GRANTS the motion to dismiss.

　　　　DATED this 12th day of August, 2010.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Tena Campbell*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　TENA CAMPBELL
　　　　　　　　　　　　　　　　　　Chief Judge